In the Matter of Jules Backman, Petitioner, against Spencer E. Bates et al., Constituting the Tax Commission of the State of New York, Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.